1  E. JEFFREY GRUBE (SB# 167324)
   JOHN C. POST (SB# 233236)
2  AMY C. HIRSH (SB# 246533)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100
   jeffgrube@paulhastings.com
6  johnpost@paulhastings.com
   amyhirsh@paulhastings.com
7
   Attorneys for Defendant
8  UNITED PARCEL SERVICE, INC.

9  JUAN M. FALCON (SB# 177400)
   JUAN M. FALCON & ASSOCIATES
10 252 N. Fulton Street
   Fresno, CA 93701
11 Telephone:  (559) 499-2626
   Facsimile:  (559) 499-2622
12

13 Attorneys for Plaintiff
   EDWARD PEREZ
14

15
                      UNITED STATES DISTRICT COURT
16
                      EASTERN DISTRICT OF CALIFORNIA
17
                              FRESNO DIVISION
18

19 | EDWARD PEREZ,                          | CASE NO. 08-CV-251-OWW-GSA |
20 |          Plaintiff,                    | **STIPULATION OF DISMISSAL AND ORDER** |
21 |     vs.                                |                            |
22 | UNITED PARCEL SERVICE, INC. and DOES 1 through 50, inclusive, | |
23 |                                        |                            |
   |          Defendant.                    |                            |

IT IS HEREBY STIPULATED by and between the parties hereto, though their respective counsel, that Plaintiff Edward Perez shall dismiss, and hereby does dismiss, all claims against defendant UNITED PARCEL SERVICE, INC., with prejudice pursuant to Federal Rules of Civil Procedure 41(a) with each side to bear its own costs and attorneys' fees.

DATED: July __, 2008        E. JEFFREY GRUBE
                            JOHN C. POST
                            AMY C. HIRSH
                            PAUL, HASTINGS, JANOFSKY & WALKER LLP


                            By:_____
                                     AMY C. HIRSH

                            Attorneys for Defendant
                            UNITED PARCEL SERVICE, INC.

DATED: July __, 2008        JUAN M. FALCON
                            JUAN M. FALCON & ASSOCIATES, INC.


                            By:_____
                                     JUAN M. FALCON

                            Attorneys for Plaintiff
                            EDWARD PEREZ

# **ORDER**

WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), IT IS SO ORDERED that all claims against defendant UNITED PARCEL SERVICE, INC., are dismissed with prejudice with each side to bear its own costs and attorneys' fees.

.

DATED: July 18, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge, United States District Court

LEGAL_US_W # 59416026.1